UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO: 5:09-CV-21-RLV-DCK

| | |
|---|---|
| RILEY TECHNOLOGIES, LLC, | ) |
|                                   Plaintiff, | )    ORDER |
| v. | ) |
| GENERAL MOTORS CORPORATION, | ) |
|                                   Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion to Intervene" (Document No. 22) filed on July 1, 2009, by Jonathan Lee Riches. The motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate. Having fully considered the record, the undersigned will **deny** the motion for the following reasons:

This action involves alleged breach of contract for development of certain automobile technology. The movant, Jonathan Lee Riches, is a *pro se* prisoner incarcerated at the Federal Medical Center in Lexington, Kentucky, and claims to be "doing business as Bernard Madoff." The prisoner has no apparent connection with this case, and his motion fails to provide any basis for intervention.

**IT IS, THEREFORE, ORDERED** that the "Motion to Intervene" (Document No. 22) is **DENIED**.

**IT IS SO ORDERED.**

Signed: July 13, 2009

David C. Keesler
United States Magistrate Judge