IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL DOCKET NO.: 5:09CV21-V

| | |
|---|---|
| RILY TECHNOLOGIES, LLC,<br>        Plaintiff,<br><br>        v.<br><br>GENERAL MOTORS CORPORATION,<br>        Defendant. | **O R D E R** |

**THIS MATTER** is before the Court on its own motion upon receipt of Defendant General Motors Corporation's filing entitled "Notice of Bankruptcy." (Document #21) Given Defendant's Chapter 11 bankruptcy proceeding in the U.S. Bankruptcy Court in the Southern District of New York, a stay will be issued and this action will be administratively closed.

**IT IS, THEREFORE, ORDERED** that this civil action is hereby **STAYED** pending resolution of the bankruptcy proceedings in the U.S. Bankruptcy Court in the Southern District of New York (*Bankruptcy Case No. 09-50026 (REG)*).

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to remove this action as a statistically pending matter as outlined in Volume XI, Chapter V of the *Guide to Judiciary Policies and Procedures*. Plaintiff is advised that if relief is still sought from this Court at the conclusion of Defendant's bankruptcy proceedings, a motion requesting that the case be reopened should be submitted.

Signed: November 10, 2009

Richard L. Voorhees
United States District Judge